LEWIS S. CHASE, Appellant, *v.* MARIE L. KELLOGG, Respondent.

(Argued December 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edwin R. Leavitt* for appellant.

*Edward C. Perkins* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

LIZZIE KOETTER, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued December 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel Blythe Rogers* for appellant.

*S. W. Rosendale* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.